IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| RENZO MEJIA, ) | CHAPTER 7 |
| DEBTOR. ) | CASE NUMBER 19-40198 |
| ) | |

## DEBTOR'S MOTION TO DISMISS

Now comes the debtor and requests that this Honorable Court order the above captioned action be dismissed. In support of this motion the debtor states:

1. The within action was filed on February 7, 2019, as a skeleton petition. The debtor was anxious to file on an emergency basis because a hearing was scheduled on that day in Shamrock Finance v. Mejia, Essex County Superior Court, case number 1977CV119 on plaintiff's motion for a real estate attachment.
2. Debtor's intention in filing was to put the stay in effect before that hearing.
3. Several days before filing Counsel checked PACER for an earlier case he was aware debtor had filed. That case was filed on February 8, 2011.
4. Due to the rushed nature of the present filing counsel neglected to follow his regular procedure by rechecking the date of the earlier case before filing this petition.
5. Today as he was preparing the completion papers for the case counsel rechecked the date of the prior case and realized he had filed a day or two early.
6. Counsel was unaware of the fact that the petition was filed one day before the expiration of the 8 year lookback period when he filed the skeleton petition. Counsel is now aware that he foreclosed Shamrock from a hearing on its motion for a real estate attachment. Counsel did not file with the purpose of doing so frivolously, but in error. Further, that attachment, if it had issued, would have been avoidable in the chapter 7 case, so it is counsel's contention that Shamrock was not prejudiced by his error.
7. Regardless, in an effort to be as transparent as possible counsel is disclosing and explaining his error in detail for the Court and serving Shamrock with a copy of this motion.
8. Counsel apologizes to the Court, the Chapter 7 Trustee and any creditor effected for his error.

9. Counsel is of the understanding that the debtor intends to refile as soon as possible. Because the period of this case may toll the eight year deadline, counsel will advise his client to wait until early next week to refile. Mr. Mejia is aware of the requirement that a motion to extend the stay will be required due to the serial nature of any second filing.

WHEREFORE, the Debtor respectfully requests that this Court enter an order dismissing this case without prejudice to his refiling shortly and grant such other and further relief as may be just and proper.

Debtor,
by his attorney,



_____
Daniel Gindes, BBO# 557499
18 Auburndale Road
Marblehead MA 01945
(781) 929-0003

Dated: February 11, 2019

## CERTIFICATE OF SERVICE

I, Daniel Gindes, do hereby state that on February 11, 2019, I served a copy of the within by filing same with the with the Court's ECF system to:

Richard King  USTPRegion01.WO.ECF@USDOJ.GOV

Anne J. White  whitetrustee@demeollp.com, MA23@ecfcbis.com

And by regular US mail, to:

James J. McNulty
40 Court Street
Suite 1150
Boston MA 02108



_____
    Daniel Gindes