IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: ) | |
| RENZO MEJIA, ) | CHAPTER 7 |
| DEBTOR. ) | CASE NUMBER 19-40198 |
| ) | |

### DEBTOR'S MOTION TO EXTEND DEADLINES

Now comes the debtor and requests that this Honorable Court any existing deadlines for filing additional pleadings be extended until after the Court acts on his motion to dismiss. In support of this motion the debtor states:

1. The within action was filed on February 7, 2019, as a skeleton petition.
2. Debtor has filed a motion to dismiss today.
3. Debtor therefore requests any deadlines in place be extended until after the court acts on his motion to dismiss.

WHEREFORE, the Debtor respectfully requests that this Court allow this motion.

Debtor,
by his attorney,

_____
Daniel Gindes, BBO# 557499
18 Auburndale Road
Marblehead MA 01945
(781) 929-0003

Dated: February 11, 2019

## CERTIFICATE OF SERVICE

    I, Daniel Gindes, do hereby state that on February 11, 2019, I served a copy of the within by filing same with the with the Court's ECF system to:

Richard King  USTPRegion01.WO.ECF@USDOJ.GOV

Anne J. White whitetrustee@demeollp.com, MA23@ecfcbis.com



_____
    Daniel Gindes