ADT
1 Town Cente Rd.
Boca Raton, FL 33486

American Neighborhood Mtg, Acc. Corp.,
700 East Gate Dr.
Mount Laurel, NJ 08054

AMEX
POB 1270
Newark, NJ 07101

Applied Bank
POB 70165
Philadelphia, PA 19176

Applied Bank
4700 Exchange Ct.
Boca Raton, FL 33431

Autotrader
303 Sunset Blvd
Atlanta, GA 30319

Cars For Sale
2500 Westlake Dr.
Sioux Falls, SD 57106

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Deal Center


INTERNAL REVENUE SERVICE
P.O. BOX 7346
Philadelphia, PA 19101-7346

Law Offices of James McNulty
40 Court Street
Suite 1150
Boston, MA 02108

Loancare Serv.
3637 Sentara Wyste 303
Virginia Beach, VA 23452

MCA Recovery
17 State St.
New York, NY 10004

```
Michael Gibson
1320 City Center Dr.
Suite 100
Carmel, IN 46032

Nextgear Capital, Inc
1320 City Center Dr.
Suite 100
Carmel, IN 46032

Shamrock Finance LLC
116 Topsfield Road
Wenham, MA 01984

STA International
1400 Old Country Road
Westbury, NY 11590
```