**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

| | |
|---|---|
| In re:<br><br>Renzo Mejia<br><br>Debtor | Chapter 7<br><br>Case No. 19-40198 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Now comes Lakeview Loan Servicing, LLC. and gives notice that the undersigned counsel files this appearance on its behalf.

Signed this 20th day of February, 2019

                Lakeview Loan Servicing, LLC.
                By Its Attorneys

                /s/ Joseph M. Dolben_____
                Joseph M. Dolben, Esq., # 673113
                Marinosci Law Group, P.C.
                275 West Natick Road, Suite 500
                Warwick, RI 02886
                Telephone: (401) 234-9200
                jdolben@mlg-defaultlaw.com

Document Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

| | |
|---|---|
| In re:<br><br>Renzo Mejia<br><br>     Debtor | Chapter 7<br><br>Case No. 19-40198 |

**CERTIFICATE OF SERVICE**

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on February 20, 2019 I served a copy of the Notice of Appearance on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 20th day of February, 2019.

                                     /s/ Joseph Dolben, Esq.
                                     Joseph Dolben, Esq., #673113
                                     Marinosci Law Group, P.C.
                                     275 West Natick Road, Suite 500
                                     Warwick, RI 02886
                                     Telephone: (401) 234-9200

VIA ECF
Daniel Gindes Esq., on behalf of Debtors
Richard King, Esq., on behalf of the US Trustee
Anne J White, Esq., on behalf of the Trustee